Dallas S. Townsend and Others, Copartners, etc., Respondents, v. Burr & Co., Inc., and Bond & Goodwin, Incorporated, Appellants. Dallas S. Townsend and Others, Copartners, etc., Respondents, v. Burr & Co., Inc., Appellant.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Harriett W. Kendall, as Administratrix C. T. A. of the Estate of George H. Kendall, Deceased, Appellant, v. Robert M. Lease and Another, Defendants, Impleaded with Irving Lease, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion to set aside judgment denied. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Simon H. Rifkind and Others, Appellants, v. Garcia Beltran Co., S. A., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Alfred E. Smith, Jr., and Others, Petitioners, Respondents, for an Order Adjudging Paul J. Kern, Individually and as President of the Municipal Civil Service Commission of the City of New York, Appellant, Guilty of Contempt of Said Committee for Disobedience of a Subpœna

Heretofore Issued by Said Committee, Dated September 27, 1940.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [175 Misc. 937.]